FILED
IN CLERK'S OFFICE
U.S. DISTRICT COURT E.D.N.Y.
★ JUL 19 2011 ★
BROOKLYN OFFICE

# LEISURE HORIZONS, INC.
404 E. 1st Street, Suite 256
Long Beach, CA 90802



HON. BRIAN M. COGAN
JUL 11 2011

July 5, 2011

Honorable Brian M. Cogan
United States District Judge
United States District Court
Eastern District of New York
220 Cadman Plaza East
Brooklyn, NY 11210

Re: USA vs. Orlando Spado
Case # CR-08-0240-06 (BMC)
USM Number 009-89-052

Dear Judge Cogan:

I am writing to you on behalf of Orlando Spado (age 66) who is incarcerated at the Federal Correctional Institution in Lompoc, California since his sentencing on September 7, 2010 by you. You may remember my letter of August 11, 2010 to you (copy attached).

Mr. Spado, as you noted, in the sentencing transcript has a number of ailments, the most grave being congestive heart failure, diabetes, and prostate issues. His prescriptions alone attest to the seriousness of his conditions. You therefore recommended "that he be promptly designated to a facility in the Los Angeles area with adequate medical facilities to treat his many conditions". That facility should have been the Federal Correctional Institution on Terminal Island in the San Pedro, CA area. It would have been close to hospitals in San Pedro and Long Beach which have appropriate facilities for his conditions.

Lompoc is an isolated institution over 3 hours from Los Angeles and over 1 hour from Santa Barbara. There is no appropriate hospital in the city of Lompoc. If he had a heart attack, Santa Barbara is the closest hospital with appropriate medical equipment and personnel. I do not know why he wasn't

---

The Court does not have the authority to intervene in the Bureau of Prisons determinations regarding the place or conditions of confinement beyond the recommendation contained in the judgment. These kind of requests must be made directly to the BOP. The Clerk is directed to mail a copy of this response to Mr. Prevatil.

/s/(BMC)