08-CR-240

FILED
IN CLERK'S OFFICE
US DISTRICT COURT E.D.N.Y.
★ MAR 2 - 2012 ★
BROOKLYN OFFICE

2/29/12

To: Clerk U.S. District Court
Eastern District of New York
225 Cadman Plaza East
Brooklyn, N.Y. 11201

From: Orlando Spado 00989-052
Federal Correction Institution
3600 Award Road
Lompoc, Ca 93436

I have been requesting the amendments to my PSI to no avail, would you please forward my request to the Krabstein department for me and have them send to me at my new address

⇔00989-052⇔
Orlando Spado
960 N Alfred ST
WEST Hollywood, CA 90069
United States

I thank you in advance.

Orlando Spado
00989-052